UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARISELI QUINONES, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>  -against-<br><br>MAGIC CLEANING SOLUTIONS LLC, and BLUE MOON PROFESSIONAL SERVICES, and FRANNYS PEREZ, individually, and ORIAN DIAZ, individually,<br><br>                  Defendants. | **Docket No.:**<br>**22-cv-197 (BMC)** |

## STIPULATION AND PROPOSED ORDER

Kariseli Quinones ("Plaintiff"), on the one hand, and Blue Moon Professional Services ("Blue Moon"), Orian Diaz (together with "Blue Moon," as the "Blue Moon Defendants"), Magic Cleaning Solutions LLC, and Frannys Perez (collectively with the Blue Moon Defendants as "Defendants"), on the other hand (Plaintiff and Defendants, together, as "the Parties"), through their respective counsel, hereby stipulate, and the Court hereby orders, that:

1.    The First Claim for Relief in Plaintiff's Complaint shall be conditionally certified pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"), with respect to the following collective, which supersedes the definition of the collective stated in paragraph 15 of the Complaint:

> Current and former cleaners, who at any time during the applicable FLSA limitations period, were employed by Blue Moon in New York and who consent to file a claim to recover damages for overtime compensation and liquidated damages that are legally due to them ("FLSA Plaintiffs").

1

2. Within fourteen days of the Court's Order, the Blue Moon Defendants shall provide Plaintiff with a list of the FLSA Plaintiffs, which includes each employee's dates of employment, last known mailing address, last known email address, and last known telephone number.

3. Within fourteen days of receiving the list, Plaintiff's counsel shall distribute the Notice and Opt-in Form attached hereto as **Exhibit A** to the FLSA Plaintiffs, via USPS first class mail and email (in accordance with the provisions set forth below).

4. Within thirty days of sending the Notice and Opt-in Form, Plaintiff's counsel is permitted to send a reminder notice, attached hereto as **Exhibit B**, to each FLSA Plaintiff via USPS first class mail e-mail in the form set forth below.

5. Plaintiff reserves the right to make an application to the Court for social security numbers for all individuals whose notice is returned as undeliverable in order to perform a skip trace or similar search for updated mailing addresses.

6. Plaintiff's counsel shall translate **Exhibits A** and **B** into Spanish and to distribute **Exhibits A** and **B** in English and Spanish. Plaintiff shall provide the Spanish-translated version to Defendants for review and approval at least three business days prior to sending.

7. The reminder email shall contain the same subject line and body, and shall include as an attachment **Exhibit B,** which may, at Plaintiff's option, be translated into the primary language of each putative FLSA Plaintiff.

8. The Opt-in period shall be a sixty (60) day period commencing the day after Plaintiff's mailing of the original Notice and Opt-in Form.

9. Nothing set forth herein shall be construed as a stipulation by Defendants that Plaintiff and the individuals to whom such Notices shall be sent are, in fact, "similarly situated" under the law.  Nor shall this stipulation be construed as waiving or impairing Defendants' right

to challenge the propriety of proceeding as a collective action and/or the inclusion of any individual who opts into the collective action at the second stage of the two-step procedure endorsed by the Second Circuit for certification of a collective action under the FLSA. *See Myers v. Hertz Corp.*, 624 F.3d 537, 554 (2d Cir. 2010).

By: _____
Jeffrey R. Maguire
Stevenson Marino LLP
105 Maxess Road, Suite 124
Melville, New York 11747
*Attorneys for Plaintiff*

Dated: March 16, 2022

By: _____
Josh Ketover
Ketover & Associates, PLLC
1225 Franklin Avenue, Suite 522
Garden City, New York 11530
*Attorneys for Blue Moon Defendants*

Dated: March 16, 2022

By: _____
Seth Rosner
Seth Rosner, P.C.
1225 Franklin Avenue, Suite 325
Garden City, New York 11530
*Attorneys for Defendants Magic Cleaning Solutions, LLC and Frannys Perez*

Dated: March 16, 2022

**SO ORDERED,** on _____ day of _____, 2022, Brooklyn, New York**:**

_____
THE HONORABLE BRIAN M. COGAN, U.S.D.J.