UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARISELI QUINONES, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    -against-<br><br>MAGIC CLEANING SOLUTIONS LLC, and BLUE MOON PROFESSIONAL SERVICES, and FRANNYS PEREZ, individually, and ORIAN DIAZ, individually,<br><br>                    Defendants. | **Docket No.:**<br>**22-cv-197 (BMC)** |

## STIPULATION AND PROPOSED ORDER

Kariseli Quinones ("Plaintiff"), on the one hand, and Blue Moon Professional Services ("Blue Moon"), Orian Diaz (together with "Blue Moon," as the "Blue Moon Defendants"), Magic Cleaning Solutions LLC, and Frannys Perez (collectively with the Blue Moon Defendants as "Defendants"), on the other hand (Plaintiff and Defendants, together, as "the Parties"), through their respective counsel, hereby stipulate, and the Court hereby orders, that

      1.      Plaintiff's counsel is permitted to send the amended reminder notice, attached hereto as **Exhibit 1**, in both English and Spanish, to each FLSA Plaintiff via USPS first class mail and e-mail.

      2.      Plaintiff's counsel is permitted to send the amended notice and claim form, along with the amended reminder notice, attached hereto as **Exhibit 2**, in both English and Spanish, to each FLSA Plaintiff via USPS first class mail and e-mail.

3. Nothing herein changes the date that Plaintiff's counsel must send the reminder notice by as provided in the Court's previous so-Ordered Stipulation dated March 17, 2022, Dkt. No. 24.

By: _____
Jeffrey R. Maguire
Stevenson Marino LLP
105 Maxess Road, Suite 124
Melville, New York 11747
*Attorneys for Plaintiff*

Dated: May 4, 2022

By: _____
Josh Ketover
Ketover & Associates, PLLC
1225 Franklin Avenue, Suite 522
Garden City, New York 11530
*Attorneys for Blue Moon Defendants*

Dated: May 4, 2022

By: _____
Seth Rosner
Seth Rosner, P.C.
1225 Franklin Avenue, Suite 325
Garden City, New York 11530
*Attorneys for Defendants Magic Cleaning Solutions, LLC and Frannys Perez*

Dated: May 4, 2022

**SO ORDERED,** on _____ day of _____, 2022, Brooklyn, New York**:**

_____
THE HONORABLE HECTOR GONZALEZ, U.S.D.J.