

**Jeffrey R. Maguire**, Esq., Partner    o: (212) 939-7229    f: (212) 531-6129
a: 105 Maxess Road, Suite 124, Melville, NY 11747    e: jmaguire@stevensonmarino.com

January 25, 2023

*Via ECF*
The Honorable Hector Gonzalez
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Quinones v. Magic Cleaning Solutions LLC et al.*
        *Docket No.: 22-cv-197-HG*

Dear Judge Gonzalez:

We represent Plaintiffs, Kariseli Quinones and Miguelina Cepeda ("Named Plaintiffs"), and the opt-in Plaintiffs that have filed consent to join forms with the Court pursuant to 29 U.S.C. § 216(b) (collectively as "Plaintiffs"), in the above-referenced matter alleging wage and hour claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law against Defendants, Magic Cleaning Solutions LLC ("Magic Cleaning") and Frannys Perez ("Magic Cleaning Defendants") and Blue Moon Professional Services, BMM Management Corp., and Orian Diaz ("Blue Moon Defendants," and together with Magic Cleaning Defendants as "Defendants"). We write now to supplement the Named Plaintiffs' Motion for Approval of Settlement of Named Plaintiffs' FLSA Claims, filed on December 14, 2022. *See* Dkt. No. 55.

On December 14, 2022, Named Plaintiffs filed their Motion for Approval of Settlement of Named Plaintiffs' FLSA Claims. *See* Dkt. No. 55. While Named Plaintiffs filed a fully executed settlement agreement for Named Plaintiff Cepeda (*see* Dkt. No. 55-2), the settlement agreement filed for Named Plaintiff Quinones was signed by Quinones and the Blue Moon Defendants, but not the Magic Cleaning Defendants. *See* Dkt. No. 55-1. The parties informed the Court in Named Plaintiffs' motion that they would supplement the motion with a fully executed agreement for Quinones signed by the Magic Cleaning Defendants. Accordingly, please find attached as Exhibit 1 the fully executed agreement for Quinones.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeffrey R. Maguire, Esq.
Stevenson Marino LLP

To: Defendants' Counsel *via* ECF