UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARISELI QUINONES and MIGUELINA CEPEDA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MAGIC CLEANING SOLUTIONS LLC, and DIAZ CONSULTING GROUP LIMITED d/b/a BLUE MOON PROFESSIONAL SERVICES, BMM MANAGEMENT CORP., and FRANNYS PEREZ, individually, and ORIAN DIAZ, individually, and SANDY PEREZ, individually,<br><br>Defendants. | Civil Action No.: 22-cv-197 (HG) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and the Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Plaintiffs, with consent of Defendants, respectfully requests that the Court:

(1)     preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as **Exhibit 1**;

(2)     approve the proposed Notice of Pendency of Class Action Settlement, attached to the Maguire Decl. as **Exhibit 2**, the proposed Claim Form and Release ("Claim Form"), attached to the Maguire Decl. as **Exhibit 3**, the proposed Reminder Postcard, attached to the Maguire Decl. at **Exhibit 4**, and approve the claims procedure detailed in the Settlement Agreement;

1

(3) certify, for settlement purposes only, the two overlapping settlement classes under Federal Rule of Civil Procedure 23(a) and (b)(3), and under 29 U.S.C. § 216(b);

(4) appoint Named Plaintiffs Kariseli Quinones and Miguelina Cepeda as the Class Representatives;

(5) appoint Stevenson Marino LLP as Class Counsel;

(6) appoint Arden Claims Service, LLC as the Claims Administrator for this settlement;

(7) approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to submit a Claim Form, opt out, or file objections to the proposed settlement, and schedule a Fairness Hearing; and

(8) enter the Proposed Order attached as **Exhibit 5** to the Maguire Decl.

Dated: White Plains, New York
       February 3, 2023

                                          Respectfully submitted,

                                          _____
                                          Jeffrey R. Maguire
                                          *Attorneys for Plaintiffs*
                                          445 Hamilton Avenue, Suite 1500
                                          White Plains, New York 10601
                                          Tel. (212) 939-7229
                                          jmaguire@stevensonmarino.com